UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

JOE BRUCE, JR. and
ANNIE BRUCE, wife

v.                          Docket No. 04-2566 – MA/P
                                      JURY DEMANDED

TENNESSEE VALLEY AUTHORITY

　　Defendant.

---

### ORDER OF DISMISSAL AS TO PERMANENT GENERAL ASSURANCE CORPORATION ONLY

---

Comes now the Plaintiff and Permanent General Assurance Corporation, the unnamed Defendant in this matter, and announce to the Court that they have agreed that this suit, insofar as it expresses a claim against Permanent General Assurance Corporation, shall be dismissed as to Permanent General Assurance Corporation subject to certain conditions. Based on the foregoing, it is hereby,

**ORDERED, ADJUDGED, AND DECREED** that

1.　This suit, insofar as it expresses a claim against Permanent General Assurance Corporation, is hereby dismissed without prejudice to its being refiled.

2.　The action against Permanent General Assurance Corporation may be reinstated without reissuance of process upon notice to Permanent General Assurance Corporation that the liability insurance coverage afforded to Tennessee Valley Authority has been denied, or that the coverage has otherwise failed.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5-24-05

3. With regard to any reinstituted action, Permanent General Assurance Corporation expressly waives any defense it might have based on the saving statute T.C.A. § 28-1-105, or any other applicable statute of limitations.

4. Costs attributable to the claim against Permanent General Assurance Corporation will be taxed in accordance with the final order of judgment or dismissal entered in this matter.

Entered this 23d day of May, 2005.

_____
DISTRICT JUDGE


APPROVED FOR ENTRY:

_____
Alyson Chensasky (18323)
Attorney for Permanent General Assurance Corporation
80 Monroe, Suite 505
Memphis, Tennessee 38103
(901) 527-0634

_____
Robert M. Brannon, Jr.
Attorney for Plaintiff
295 Washington Avenue, Suite 3
Memphis, Tennessee 38103 –1911
(901) 521-1710



# Notice of Distribution

This notice confirms a copy of the document docketed as number 22 in case 2:04-CV-02566 was distributed by fax, mail, or direct printing on May 24, 2005 to the parties listed.

---

Thomas A. Robins
TENNESSEE VALLEY AUTHORITY
400 W. Summit Hill Dr.
Knoxville, TN 37902--140

Alyson Chensasky
PERMANENT GENERAL ASSURANCE CORP.
80 Monroe Ave.
Ste. 505
Memphis, TN 38103

Robert M. Brannon
LAW OFFICE OF ROBERT M. BRANNON
295 Washington Avenue
Ste. 3
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT