UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT TENNESSEE
AT MEMPHIS

FILED BY _____ D.C.

05 JUN 23 PM 3. 4.

ROBERT R. DI NELIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

JOE BRUCE, JR. and ANNIE BRUCE
Plaintiffs

v.

No. 04-2566-Ma P

TENNESSEE VALLEY AUTHORITY,
ET AL.
Defendants

---

### AGREED ORDER OF DISMISSAL

---

This action came on to be considered, and it appearing to the Court that

the Plaintiffs, Joe Bruce, Jr. and Annie Bruce, Defendant, Tennessee Valley Authority,

and Defendant Permanent General Assurance Corporation, acting by and through

counsel, as shown by the signatures below, have settled and compromised all matters

in controversy in this action, and have agreed that this action should be dismissed

with prejudice;

It is hereby ORDERED, ADJUDGED, AND DECREED that this action

be, and hereby is, dismissed with prejudice, with the parties to bear their own costs and

expenses, including attorneys' fees.

Done this __22d__ day of ___Jun_____, 2005.

_____

United States District Judge

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _6-24-05_

1



We hereby approve and consent to the entry of this order:

Robert M. Brannon, Jr.
295 Washington Avenue, Suite 3
Memphis, Tennessee 38103-1911
Telephone 901-521-1710

Attorney for Plaintiffs


Thomas A. Robins
Senior Attorney
Tennessee Valley Authority
400 West Summit Hill Drive
Knoxville, Tennessee 37902-1401
Telephone 865-632-7034

Attorney for Defendant
Tennessee Valley Authority


Alyson Chensasky
Brinkley Plaza
80 Monroe Avenue, Suite 505
Memphis, Tennessee 38103
Telephone 901-527-0634

Attorney for Defendant
Permanent General Assurance Corporation

003736239

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 23 in case 2:04-CV-02566 was distributed by fax, mail, or direct printing on June 24, 2005 to the parties listed.

---

Thomas A. Robins
TENNESSEE VALLEY AUTHORITY
400 W. Summit Hill Dr.
Knoxville, TN 37902--140

Alyson Chensasky
PERMANENT GENERAL ASSURANCE CORP.
80 Monroe Ave.
Ste. 505
Memphis, TN 38103

Robert M. Brannon
LAW OFFICE OF ROBERT M. BRANNON
295 Washington Avenue
Ste. 3
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT