UNITED STATES DISTRICT COURT  FILED BY [initials] D.C.
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION          05 JUN 30  PM 5:19

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

JOE BRUCE, JR. and ANNIE BRUCE,

    Plaintiffs,

v.                                          Cv. No. 04-2566-Ma

TENNESSEE VALLEY AUTHORITY, et al.,

    Defendants.

# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice, in accordance with the Agreed Order of Dismissal, docketed June 24, 2005.  Each party shall bear its own costs, expenses and attorneys' fees.

APPROVED: /s/

---
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

June 30, 2005
---
DATE

THOMAS M. GOULD
CLERK

/s/ Judy Easley
(By) DEPUTY CLERK

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 7-1-05

(24)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 2:04-CV-02566 was distributed by fax, mail, or direct printing on July 1, 2005 to the parties listed.

---

Robert M. Brannon
LAW OFFICE OF ROBERT M. BRANNON
295 Washington Avenue
Ste. 3
Memphis, TN 38103

Thomas A. Robins
TENNESSEE VALLEY AUTHORITY
400 W. Summit Hill Dr.
Knoxville, TN 37902--140

Alyson Chensasky
PERMANENT GENERAL ASSURANCE CORP.
80 Monroe Ave.
Ste. 505
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT